# EXHIBIT 2

# Letter from Governor Moore regarding Bills to be Enacted without Signature (May 22, 2026)



STATE OF MARYLAND

OFFICE OF THE GOVERNOR
# Wes Moore

May 22, 2026

The Honorable Bill Ferguson
President of the Senate of Maryland
H-107 State House
Annapolis, MD 21401

Dear President Ferguson,

In accordance with Article II, Section 17(c) of the Maryland Constitution, the following bills will become law without my signature.

- SB16 - Child Support - Earnings Withholdings Limits
- SB244 - Code Revision - Health - Maryland Medical Assistance Program
- SB322 - Courts - Jury Service - Disqualification
- SB366 - Motor Vehicles - Intelligent Speed Assistance System Pilot Program - Establishment
- SB496 - Maryland Medical Assistance Program - Coverage for the Treatment of Obesity - Authorization
- SB791 - Correctional Services and Criminal Procedure - Immigration Enforcement - Prohibitions (Community Trust Act)
- SB898 - Maryland Medical Assistance Program - Behavior Technicians - Reimbursement

Sincerely,

Wes Moore
Governor

100 State Circle, Annapolis, Maryland 21404
(410) 974-3400
TTY Users Call via MD Relay
governor.maryland.gov