**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(BALTIMORE DIVISION)**

| | |
|---|---|
| JEFFREY R. GAHLER, in his official capacity as Sheriff of Harford County, Maryland, and in his individual capacity, *et al.*,<br><br><br>Plaintiffs,<br><br>v.<br><br>WES MOORE, Governor, in his official capacity, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-02057 |

### PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs Jeffrey Gahler, Scott Adams, Brian Albert, Donald Baker, Richard Cox, Matthew Crisafulli, James DeWees, Joseph Gamble, Steven Hall, Dennis Hickman, Gery Hofmann, Ronald Howard, Charles Jenkins, Michael Lewis, Bryson Meyers, James Phillips, and Craig Robertson respectfully move this Court, pursuant to Federal Rule of Civil Procedure 65, for a preliminary injunction barring Maryland Governor Wes Moore, Maryland Attorney General Anthony Brown, and the State of Maryland ("Defendants") from enforcing the Maryland Community Trust Act (Senate Bill 791), codified at Md. Code Ann., Corr. Servs. § 8-805 and Crim. Proc. § 5-104, during the pendency of this litigation.

In support of this Motion, Plaintiffs submit the attached Memorandum in Support of their Motion for a Preliminary Injunction, and the declarations of Plaintiffs Gahler, Jenkins, Albert, and Lewis (attached hereto as Exhibits 1-4). For the reasons set forth in the Memorandum, Plaintiffs request that this Court grant their Motion for a Preliminary Injunction and enter the attached Proposed Order.

1

Dated:  August 11, 2026

Respectfully submitted,

/s/ Christopher J. Hajec
Christopher J. Hajec*
Matt A. Crapo*

/s/ Mateo Forero-Norena
Mateo Forero-Norena (Bar No. 30768)
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
Telephone: (202) 328-7004
Fax: (202) 387-3447
chajec@fairus.org
mcrapo@fairus.org
mforero@fairus.org

* admitted *pro hac vice*

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)**

| | |
|---|---|
| JEFFREY R. GAHLER, in his official capacity as Sheriff of Harford County, Maryland, and in his individual capacity, *et al.*, <br><br><br> Plaintiffs, <br><br> v. <br><br> WES MOORE, Governor, in his official capacity, *et al.*, <br><br><br> Defendants. | <br><br><br><br><br><br> Civil Action No. 1:26-cv-02057 |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 11th day of August, 2026, a true and correct copy of the foregoing Motion for a Preliminary Injunction (together with the Memorandum in Support of the Motion, all exhibits thereto, and the Proposed Order) was served along with the Summons and Complaint upon the Defendants by email, to the Office of the Attorney General, Civil Division, at civil_service@oag.maryland.gov (in accordance with the Attorney General's policy for receiving service on behalf of the State, State agencies, and State officers sued in their official capacity in civil litigation).

Respectfully submitted,

/s/ Christopher J. Hajec
Christopher J. Hajec*

/s/ Mateo Forero-Norena
Mateo Forero-Norena (Bar No. 30768)

* admitted *pro hac vice*