# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## (BALTIMORE DIVISION)

| | |
|---|---|
| JEFFREY R. GAHLER, in his official capacity as Sheriff of Harford County, Maryland, and in his individual capacity, *et al.*,<br><br><br>Plaintiffs,<br><br>v.<br><br>WES MOORE, Governor of the State Maryland, in his official capacity, *et al.*<br><br>Defendants. | <br><br><br><br><br>Civil Action No. 1:26-cv-02057 |

## DECLARATION OF SHERIFF MICHAEL A. LEWIS

Pursuant to 28 U.S.C. § 1746, I, Michael A. Lewis, declare as follows:

1. I am the duly elected Sheriff of Wicomico County, Maryland, and have served in that capacity since 2006. I have taken the oath of office prescribed in Article I, Section 9, of the Maryland Constitution, which requires me to uphold both Maryland law and the Constitution of the United States. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently to them.

2. As Sheriff of Wicomico County, I am the chief law enforcement officer of a county with approximately 107,000 residents. The Sheriff's Office I oversee is the primary law enforcement agency in Wicomico County. We provide full-spectrum law enforcement services. I supervise nearly 135 sworn and civilian personnel.

3. For decades, the Wicomico County Sheriff's Office has worked closely with federal immigration authorities to keep our communities safe. During that time, we routinely honored U.S. Immigration and Customs Enforcement ("ICE") detainers, notified federal authorities when removable individuals were in our custody, facilitated transfers of custody, and shared information with ICE that we lawfully obtained in the course of our duties. This cooperation is a core part of how we protect the public from criminal aliens.

4. The scale and impact of this cooperation have been substantial. In the last several years, our Detention Center processed hundreds of ICE detainers. From 2022 through 2025, we identified and screened a total of 357 foreign-born individuals for various criminal offenses, including child abuse, assault in the first degree, and MURDER. INS Holds or detainers were filed and honored in many of these cases.

1

5. Unfortunately, the passage of Senate Bill 791 (the so-called "Community Trust Act") imposes new prohibitions on local law enforcement agents, including mine. Among other things, it bars our law enforcement agents from sharing any information with federal immigration authorities about an individual obtained in the course of their duties unless required by a valid court order—which expressly excludes administrative warrants issued by the U.S. Department of Justice ("DOJ") or the U.S. Department of Homeland Security ("DHS").

   The Act forces me and my deputies into an immediate, irreconcilable dilemma. If we comply with the Act, we must obstruct federal immigration enforcement—an act that federal law criminalizes as harboring, impeding federal officers, concealing persons from arrest, obstruction of justice and of federal proceedings, and conspiracy to obstruct lawful government functions.

6. In light of these consequences, I could instead continue our longstanding, congressionally encouraged cooperation with federal immigration authorities as my oath and public-safety duties demand.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _8th_ day of _July_____, 2026, in Wicomico County, Maryland.

Michael A. Lewis
Sheriff of Wicomico County, Maryland

2