**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(BALTIMORE DIVISION)**

| | |
|---|---|
| JEFFREY R. GAHLER, in his official capacity as Sheriff of Harford County, Maryland, and in his individual capacity, *et al.*,<br><br>       Plaintiffs,<br><br>    v.<br><br>WES MOORE, Governor, in his official capacity, *et al.*,<br><br>       Defendants. | Civil Action No. 1:26-cv-02057 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR A PRELIMINARY INJUNCTION**

   Upon consideration of Plaintiffs' Motion for a Preliminary Injunction, the Memorandum in Support thereof, the exhibits filed in support of the Motion, the Complaint, and the entire record in this case, and for good cause shown, it is hereby:

**ORDERED** that Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**; and it is further

**ORDERED** that Defendants Wes Moore, in his official capacity as Governor of Maryland, Anthony G. Brown, in his official capacity as Attorney General of Maryland, the State of Maryland, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of this Order, are preliminarily enjoined from enforcing or implementing in any manner the Maryland Community Trust Act (Senate Bill 791), codified at Md. Code Ann., Corr. Servs. § 8-805 and Crim. Proc. § 5-104, during the pendency of this litigation or until further order of this Court; and it is further

**ORDERED** that this preliminary injunction shall take effect immediately upon entry and shall remain in full force and effect until further order of this Court; and it is further

**ORDERED** that the Clerk of the Court shall send a copy of this Order to counsel for the parties.

DATED: _____, 2026

              _____
              Matthew J. Maddox
              United States District Judge