Outlook

---

### RE: Service of Process – Gahler et al. v. Moore et al., No. 1:26-cv-02057-MJM (D. Md.) – Summons, Complaint, and Motion for Preliminary Injunction

---

**From** OAG - Civil Service <civil_service@oag.maryland.gov>

**Date** Tue 8/11/2026 4:45 PM

**To** Mateo Forero <mforero@fairus.org>; OAG - Civil Service <civil_service@oag.maryland.gov>

**Cc** Matt Crapo <mcrapo@fairus.org>; Chris Hajec <chajec@fairus.org>

Good afternoon:

Service is accepted.

Regards,

| | |
|---|---|
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | **Andrew Keir**<br>*Senior Assistant Attorney General*<br>**Office of the Attorney General**<br>Civil Litigation Division<br>200 Saint Paul Place<br>Baltimore, Maryland 21202<br>p: 410-223-1576 \|<br>**AKeir@oag.maryland.gov**<br>**oag.maryland.gov** |

The information contained in this communication (including any attachments) may be confidential and legally privileged. This email may not serve as a contractual agreement unless explicit written agreement for this purpose has been made. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its contents is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender indicating that it was received in error and delete the original message and any copy of it from your computer system.

---

**From:** Mateo Forero <mforero@fairus.org>
**Sent:** Tuesday, August 11, 2026 2:56 PM
**To:** OAG - Civil Service <civil_service@oag.maryland.gov>
**Cc:** Matt Crapo <mcrapo@fairus.org>; Chris Hajec <chajec@fairus.org>
**Subject:** Service of Process – Gahler et al. v. Moore et al., No. 1:26-cv-02057-MJM (D. Md.) – Summons, Complaint, and Motion for Preliminary Injunction

You don't often get email from mforero@fairus.org. Learn why this is important

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact your IT Department

Good afternoon,

I am writing to effectuate service of process on the State of Maryland and the named State officers sued in their official capacities in the above-captioned matter, pursuant to the Attorney General's email service policy and Fed. R. Civ. P. 4(j)(2) / Md. Rule 2-124(j)–(k).

Please find attached the following documents:

- Summons issued to Governor Wes Moore, Attorney General Anthony Brown, and the State of Maryland (ECF 2, issued May 27, 2026);
- Complaint (ECF 1, filed May 26, 2026);
- Plaintiffs' Motion for a Preliminary Injunction and supporting documents (ECF 7, filed August 11, 2026);

Kindly confirm by return email from an Assistant Attorney General in the Civil Division that the Attorney General has accepted service on the defendants.

Respectfully,

**Mateo Forero**
Director of Investigations
Federation for American Immigration Reform
25 Massachusetts Ave. N.W., Suite 330
Washington, D.C. 20001
202-328-7004
www.fairus.org; Donate to FAIR
*Please remember FAIR in your estate plans.*



**CONFIDENTIALITY NOTICE**:
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.