**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)**

| | |
|---|---|
| JEFFREY R. GAHLER, in his official capacity as Sheriff of Harford County, Maryland, and in his individual capacity, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WES MOORE, Governor, in his official capacity, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-02057 |

**AFFIDAVIT OF SERVICE**

I, Mateo Forero-Norena, depose and state as follows:

I am counsel of record for Plaintiffs in the above-captioned action and am a member of the Bar of this Court (Bar No. 30768).

On August 11, 2026, at approximately 2:56 p.m. EDT, I effected service of process on the State of Maryland and the named State officers sued in their official capacities by emailing the following documents to the Office of the Attorney General, Civil Division, at civil_service@oag.maryland.gov, pursuant to the Attorney General's published email service policy and Fed. R. Civ. P. 4(j)(2):

a. Summons issued to Governor Wes Moore, Attorney General Anthony Brown, and the State of Maryland (ECF Doc. 2, issued May 27, 2026);

b. Complaint (ECF Doc. 1, filed May 26, 2026);

c. Plaintiffs' Motion for a Preliminary Injunction and supporting documents (ECF Doc. 7, filed August 11, 2026);

On August 11, 2026, at approximately 4:45 p.m. EDT, I received a reply email from Andrew Keir, Senior Assistant Attorney General, Civil Litigation Division, Office of the Attorney General of Maryland, stating: "Service is accepted."

A true and correct copy of my service email and the confirmation email from Senior Assistant Attorney General Keir is attached hereto as Exhibit 1.

Pursuant to the Attorney General's email service policy, service was complete upon the confirmation that the Attorney General accepted service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct..

Dated: August 18, 2026

Respectfully submitted,

*/s/ Mateo Forero-Norena*
Mateo Forero-Norena (Bar No. 30768)
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
Telephone: (202) 328-7004
Fax: (202) 387-3447
mforero@fairus.org

*Counsel for Plaintiffs*