**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(BALTIMORE DIVISION)**

| | |
|---|---|
| JEFFREY R. GAHLER, in his official capacity as Sheriff of Harford County, Maryland, and in his individual capacity, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WES MOORE, Governor, in his official capacity, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-02057 |

**NOTICE OF FILING ADDITIONAL DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiffs, by counsel, hereby give notice that they are filing the Declaration of Lieutenant Colonel Michael Cronise in support of Plaintiffs' Motion for a Preliminary Injunction (ECF Doc. 7), attached hereto as Exhibit 1.

Dated: August 19, 2026

Respectfully submitted,

*/s/ Mateo Forero-Norena*
Mateo Forero-Norena (Bar No. 30768)
Christopher J. Hajec*
Matt A. Crapo*
Federation for American Immigration Reform
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
Telephone: (202) 328-7004
Fax: (202) 387-3447
mforero@fairus.org
chajec@fairus.org
mcrapo@fairus.org

admitted pro hac vice

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(BALTIMORE DIVISION)**

| | |
|---|---|
| JEFFREY R. GAHLER, in his official capacity as Sheriff of Harford County, Maryland, and in his individual capacity, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WES MOORE, Governor, in his official capacity, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-02057 |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that I served a copy of this Notice and the accompanying Declaration on Defendants by email to the Office of the Attorney General, Civil Division, at civil_service@oag.maryland.gov (the address through which the Attorney General accepted service of process on August 11, 2026).

/s/ Mateo Forero-Norena
Mateo Forero-Norena (Bar No. 30768)