**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(BALTIMORE DIVISION)**

| | |
|---|---|
| JEFFREY R. GAHLER, in his official capacity as Sheriff of Harford County, Maryland, and in his individual capacity, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WES MOORE, Governor of the State Maryland, in his official capacity, *et al.*<br><br>Defendants. | Civil Action No. 1:26-cv-02057 |

**<u>DECLARATION OF LIEUTENANT COLONEL MICHAEL CRONISE</u>**

Pursuant to 28 U.S.C. § 1746, I, Michael Cronise, declare as follows:

1. I am the Corrections Bureau Chief of the Frederick County, Maryland, Sheriff's Office, and have served in that capacity since 2024.

2. As Corrections Bureau Chief, I serve as Warden of the Frederick County Detention Center. I am responsible for overseeing that facility and for the custody, care, and control of its inmates, including pretrial detainees, individuals serving short sentences, and those awaiting transfer to state or federal custody.

3. Since the Maryland Community Trust Act went into effect, our facility has received detainer requests for five inmates from U.S. Immigration and Customs Enforcement (ICE). ICE sent us the detainers following our routine booking of these inmates, including submitting their fingerprints to the National Crime Information Center. Each detainer requested that we inform ICE of the date the inmate would be released from our custody and to hold the inmate no longer than an additional 48 hours to allow for ICE to pick up the inmate.

4. Under the Community Trust Act, it was permissible for our facility to comply with only one of these five detainers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of August, 2026, in Frederick County, Maryland.

Lt. Col. [signature]

Lieutenant Colonel Michael Cronise
Corrections Bureau Chief, Frederick County Sheriff's Office/
Warden of the Frederick County Detention Center