**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Jeffrey R. Gahler, et al. *

**Plaintiff,**

*

**v.** **Case No.** 1:26-cv-02057

*

Wes Moore, Governor, et al.

**Defendant.** *

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Defendants

I certify that I am admitted to practice in this Court.

August 25, 2026
Date

Signature

Virginia A. Williamson (D. Md. Bar No. 31472)
Printed name and bar number

200 Saint Paul Place, Baltimore, MD 21202
Address

vwilliamson@oag.maryland.gov
Email address

410-576-6584
Telephone number

Fax number