**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JEFFREY R. GAHLER, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | |
| WES MOORE, Governor, in his official capacity, *et al.*, | * | Case No. 1:26-cv-02057 |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * *

**DEFENDANTS' MOTION TO DISMISS**

Defendants respectfully move to dismiss this action under Federal Rule of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction and Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. Arguments and authorities in support of this motion are set forth in the accompanying memorandum.

Dated: August 25, 2026

Respectfully submitted,

**ANTHONY G. BROWN**
ATTORNEY GENERAL OF MARYLAND

/s/ Virginia A. Williamson
Virginia A. Williamson (D. Md. Bar. No. 31472)
Adam Kirschner (D. Md. Bar No. 31767)
Lauren Gorodetsky (D. Md. Bar No. 32172)
*Assistant Attorneys General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6584
vwilliamson@oag.maryland.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on August 25, 2026, I filed the foregoing document via CM/ECF and thereby served all parties who have appeared through counsel on the Court's electronic docket.

Respectfully submitted,

*/s/ Virginia A. Williamson*
Virginia A. Williamson (D. Md. Bar. No. 31472)
*Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6584
vwilliamson@oag.maryland.gov