**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JEFFREY R. GAHLER, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | |
| WES MOORE, Governor, in his official capacity, *et al.*, | * | Case No. 1:26-cv-02057 |
| | * | |
| Defendants. | * | |
| | * | |

* * * * * * * * * * * *

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**, and this action is **DISMISSED**.

It is **SO ORDERED**.

DATE: ___________________

______________________________
United States District Judge