**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Jeffrey R. Gahler, et al. | * | |
| **Plaintiff,** | * | |
| **v.** | | **Case No.** 1:26-cv-02057 |
| Wes Moore, Governor, et al. | * | |
| **Defendant.** | * | |

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Defendants

I certify that I am admitted to practice in this Court.

10/19/2026
Date

Lauren Gorodetsky
Digitally signed by Lauren Gorodetsky
DN: OU=Federal Accountability Unit, O=Office of the Attorney General, CN=Lauren Gorodetsky, E=LGorodetsky@oag.state.md.us
Reason: I am the author of this document
Location:
Date: 2026.10.19 17:28:07-04'00'
Foxit PDF Editor Version: 12.0.2
Signature

Lauren Gorodetsky
Printed name and bar number

200 Saint Paul Place, Baltimore, MD 21202
Address

lgorodetsky@oag.maryland.gov
Email address

410-576-7057
Telephone number

Fax number