**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Jeffrey R. Gahler, et al. | * | |
| **Plaintiff,** | * | |
| **v.** | | **Case No.** 1:26-cv-02057 |
| Wes Moore, Governor, et al. | * | |
| **Defendant.** | * | |

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Defendants

I certify that I am admitted to practice in this Court.

10/19/2026
Date

_______________________
Signature

Adam Kirschner, D. Md. Bar No. 31767
Printed name and bar number

200 Saint Paul Place, Baltimore, MD 21202
Address

akirschner@oag.maryland.gov
Email address

410-576-6424
Telephone number

_______________________
Fax number